**Order filed November 10, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00614-CV**
_____

**FIDELIS JOHNSON BADAIKI, Appellant**

**V.**

**BRYAN MILLER D/B/A CLASSIC TOWING LLC, PINE FOREST PARK PLACE, AND AMERICAN EAGLE AUTO STORAGE, Appellees**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1092824**

## ORDER

The reporter's record in this case was due October 4, 2022. *See* Tex. R. App. P. 35.1. On October 14, 2022, this court granted the court reporter's request for extension of time to file the record until November 3, 2022. To date, the record has not been filed with this court. Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order Alexandra L. McDaniel, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.